AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

United States District Court
Southern District of Texas
**ENTERED**
November 10, 2017
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. H-17-651-18 |
| | ) | |
| HECTOR REYNA | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A COUNSEL DETERMINATION HEARING

A counsel determination hearing in this case is scheduled as follows:

| Place: | 515 Rusk St.<br>Houston, TX<br>JUDGE NANCY JOHNSON | Courtroom No.: | 700 |
|---|---|---|---|
| | | Date and Time: | 11.09.17 @2PM |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:    11.08.17

_____
U.S. MAGISTRATE JUDGE